UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:96CR320 CDP |
| ) | |
| GREGORY VERNON PERRY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Defendant Gregory Vernon Perry has filed a motion seeking to have this entire file, as well as the file in another court, placed under seal. His motion mistakenly says that I ordered the entire file placed under seal. I did not. I ordered his plea agreement and his presentence report placed under seal, and they remain under seal. I have no basis for sealing the entire file, and I have no jurisdiction to order another court to seal its files. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to seal file [#55] is denied.

_(signed) Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2007.