

RECEIVED BY MAIL OCT 16 2007 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) ) ) v. ) ) ) ) GREGORY VERNON PERRY. ) ) ) | Case No.: 4:96-cr-00320-CDP |

### DEFENDANT'S MOTION TO UNSEAL COURT FILE AND RECORD

COMES NOW GREGORY VERNON PERRY, the Defendant in the above-styled case, and submits the following Motion to Unseal Court File and Record for the following reasons:

### STATEMENT OF THE FACTS

1. During the Defendant's incarceration of 14 months in federal custody, he cooperated fully with the investigative stage of this case, and provided information to the prosecution by way of a lengthy proffer to the Eastern District of Missouri which was related in part to network and computer security threats and countermeasures.

2. At the sentencing phase of the above-styled case, Honorable Catherine D. Perry granted the request of Assistant U.S. Attorney Patricia A. McGarry and sealed and redacted the contents of Case No. 4:96-cr-00320-CDP and Case No. 4:96-mj-01073-TIA from the Eastern District of Missouri.

3. The Defendant was sentenced to a 14 month term of incarceration and a subsequent period of supervised release, after which he consulted to several U.S. federal government agencies and military organizations on issues pertaining to network and computer security hacking investigations. The Petitioner's consulting work with the U.S. federal government and military during his period of supervised release resulted in an early termination of said supervised release period.

4. There are numerous references in the public record pertaining to the Defendant's cooperation in this case, including information about his lengthy proffer to the Eastern District of Missouri and other related testimony specific to computer misuse investigations.

5. Given the almost ten (10) calendar years that have passed since the initial sealing of the Defendant's case, the Defendant states that the public would in no way be harmed by the unsealing of the Defendant's case.

## RELIEF SOUGHT

WHEREFORE, the Defendant prays for the following relief from this Honorable Court:

a) To issue an order unsealing the details of the investigation, indictment, plea agreement, proffer, and all other related pleadings and evidence from Eastern District of Missouri Case No. 4:96-cr-00320-CDP, USA v. Perry;

b) To provide the Defendant with a conformed copy of said order; and,

c) To provide any other relief the Court deems appropriate.

Respectfully submitted,

*[signature]*

**Gregory Vernon Perry, Pro Se**
Post Office Box 21310
St. Petersburg, Florida 33742-1310
(813)600-6994 telephone
(866)784-3971 facsimile

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to the Honorable Catherine D. Perry, 111 South 10th Street, Suite 14.182, St. Louis, Missouri, 63102, Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, Thomas Eagleton U.S. Courthouse 111 S. 10th Street, 20th Floor, St. Louis, Missouri 63102, and the Clerk of Court, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 4th Floor, St. Louis, Missouri 63102, via U.S. Mail on this 10th day of October, 2007.

*[signature]*

**Gregory Perry, Pro Se**

PERRY
P.O. Box 21310
St. Petersburg, Florida 33742-1310

U.S. POSTAGE PAID
ST PETERSBURG, FL 33702
OCT 10, '07
AMOUNT $0.80
0002440-23

First Class Mail

63102

RECEIVED & FILED
2007 OCT 15 A 11: 30
CLERK, US BANKRUPTCY CT
EASTERN DISTRICT
ST. LOUIS, MISSOURI

RECEIVED BY MAIL
OCT 16 2007
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Clerk of Court
Eastern Division
Thomas F. Eagleton Courthouse
111 S. 10th Street
4th Floor
St. Louis MO 63102