UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    4:96CR320 CDP |
| | ) | |
| GREGORY PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the government's opposition,

**IT IS HEREBY ORDERED** that defendant's motion to unseal court file

and record [#57] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of October, 2007.